# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** III  **Investigating Agency** FBI

**City** Rockland

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. 23-MJ-04480, 23-MC-91541
Same Defendant _____  New Defendant X
Magistrate Judge Case Number 23-MJ-04480
Search Warrant Case Number 23-4384-4394-DHH
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ✔ No

Defendant Name: Erika Myllmaki    Juvenile: ☐ Yes ✔ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✔ No

Alias Name: _____

Address: 266 Plain Street, Rockland, MA & 30 Perch Pond Drive, Chatham, MA

Birth date (Yr only): 1986   SSN (last 4#): 8868   Sex: Female   Race: White   Nationality: _____

**Defense Counsel if known:** Leonard Milligan, III   **Address:** 28 State Street #802, Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kaitlin R. O'Donnell    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ✔ No    List language and/or dialect: _____

**Victims:** ☐ Yes ✔ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ✔ No

☐ Warrant Requested    ✔ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
✔ On Pretrial Release: Ordered by: state judge   on   state charges

**Charging Document:** ☐ Complaint   ✔ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ✔ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

✔ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/17/2024    Signature of AUSA: *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Erika Myllmaki

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and PWID 40g and More of Fentanyl | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**